UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Catherine Stieger <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  15-37823 <br><br> Chapter:  13 <br> Honorable Deborah L. Thorne |

## Order of Discharge

    This matter coming to be heard on the Debtor's Motion for Hardship Discharge, this Court having jurisdiction with all parties in interest being given proper notice, it is hereby ordered that the Debtor is granted a discharge pursuant to 11 USC 1328(b).

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 10, 2021

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603